UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KENNETH B. WEDGE

V

06 0422

John E Potter

Motion for Court Appointed Counsel

At This time I am a retiree living on a income of $1,200 after taxes. My current rent is $350.00 per month and I have a car payment of $499—, my auto insurance is $290. per month. My phone bill is roughly $180 per month. I barely get by month to month and if not for donation from friends and family I could not substane this standard of living. I hope that your Honor will grant this motion

KENNETH B. WEDGE
3700 North Capitol St N.W.
Bldg 65 Room G4
Washington, DC.
202-549-8782

**RECEIVED**

FEB 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

20011  3