UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH B. WEDGE** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOHN E. POTTER, POSTMASTER** )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-0422 (EGS) |

## **PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Kathleen Konopka as counsel for defendant in the above-captioned case.

Respectfully submitted,


/s/
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 616-5309

Dated: March 22, 2006

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's ECF system, addressed to:

> **Kenneth B. Wedge**
> **3700 North Capitol Street, N.W.**
> **Washington, DC 20011**

on this  22nd  day of March, 2006

/s/
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 616-5309