**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KENNETH B. WEDGE, )
)
PLAINTIFF, )
)
v. ) CIVIL ACTION NO. 1-06CV00422
)
JOHN E. POTTER, )
POSTMASTER GENERAL, )
UNITED STATES POSTAL SERVICE )
)
DEFENDANT. )

## DECLARATION OF LARRY J. CHANEY

I, Larry J. Chaney, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently employed as a Human Resources Specialist at the Capital District, 900 Brentwood Rd NE, Washington D. C. My primary duties are posting and awarding job vacancies and processing form 50 personnel actions. Previously, I worked in the personnel office at the Southern Maryland Processing and Distribution Center during calendar year 2005 as a Human Resources Specialist.

2. Mr. Wedge was employed with the U. S. Postal Service from 03-11-78 through 09-30-05.

3. At the time of the actions at issue (February to September 2005), Mr. Wedge was employed as a Maintenance Mechanic MPE at the Southern Maryland Processing and Distribution Center located at 9201 Edgeworth Drive, Capitol Heights Md. 20790.

4. At the time of the actions at issue, Mr. Wedge's medical files were kept in the medical unit at the Southern Maryland Processing and Distribution Center.

5. At the time of the actions at issue, Mr. Wedge's leave, performance and disciplinary files would have been maintained by his supervisor at the Southern Maryland Processing and Distribution Center.

I, the undersigned custodian of records, do hereby state that the foregoing is true and correct and reflects information contained in official government records of the United States Postal Service and/or compiled from official government data available to me and in my care and custody.

*/s/ Larry J. Chaney/*
LARRY J. CHANEY
Human Resources Specialist

Executed on this 27th day of April 2006