THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH B. WEDGE,**             ) | |
|                                   ) | |
|      **Plaintiff,**               ) | |
|                                   ) | |
| v.                                ) | Civ. Action No.:  06-0422 (EGS) |
|                                   ) | (ECF) |
| **JOHN E. POTTER, Postmaster General**  ) | |
| **U.S. Postal Service,**          ) | |
|                                   ) | |
|      **Defendant.**               ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss or, in the Alternative, to Transfer, any opposition thereto, any reply, and the complete record herein, it is this ____ day of _____, 2006,

ORDERED that Defendant's Motion to Dismiss or, in the Alternative, to Transfer be and is hereby GRANTED; it is

FURTHER ORDERED that the Complaint is DISMISSED without prejudice for improper venue.

SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**