# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**KENNETH B. WEDGE,**

    **Plaintiff,**

v.                                                          Civ. Action No.: 06-0422(EGS)
                                                                    (ECF)

**JOHN E. POTTER, Postmaster General,**
**U.S, Postal Service,**

    **Defendant**

## PLAINTIFF'S ~~RESPONSE~~ OPPOSITION TO DEFENSE'S MOTION TO DISMISS OR TO TRANSFER

In response to the Defendant motion for a dismissal of the above named case I wish to object the dismissal of this case. If your honor should rule in favor of a change of venue I do not have an objection to that change. However with the consolidation of personal operations in the Washington Capitol District some of my records are kept in the Brentwood Rd. Careen/Morris office. If I have filed this complaint in the wrong District Court I apologize to the Court and hope that this motion is granted without prejudice.

**RECEIVED**

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

*[signature]*

Kenneth B. Wedge
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

Certificate of Service

I, Kenneth B Wedge will mail a copy of this opposition to Dismiss to...
Kathleen Konopka, AUSA
555 4th St NW
Rm E-4412
Wash. DC. 20001

This will be mailed to her on May 15, 2006 First Class Mail.

*[signature]*