UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH B. WEDGE,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JOHN E. POTTER, Postmaster General** )<br>**U.S. Postal Service,** )<br>)<br>)<br>**Defendant.** )<br>_____ ) | Civ. Action No.: 06-0422 (EGS)<br>(ECF) |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

Defendant hereby respectfully replies to Plaintiff's opposition to Defendant's motion to dismiss or transfer.

Plaintiff indicates that he "do[es] not have an objection" to a change of venue. (R.8 at 1).[1] However, he asserts that "with the consolidation of personal (sic) operations in the Washington Capitol District some of my records are kept in the Brentwood Rd. Careen/Morris office." (Id.). Plaintiff does not indicate what his basis of knowledge for this contention is or whether the records of his that are allegedly now in the District are those that would be relevant to the instant litigation. Thus, Plaintiff cannot significantly dispute the declaration submitted with Defendant's motion to dismiss or transfer which specifically averred that Plaintiff's leave, performance, disciplinary, and work medical records are maintained in the District of Maryland. (R.7 Declaration of Larry Chaney).

---

[1] An "R." followed by a number describes a document by reference to its placement in the Court's docket.

2

    Defendant does not object to Plaintiff's request that this Court transfer his case rather than dismiss it. Thus, this Court should transfer this action to the United States District Court for the District of Maryland.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS
DC Bar #434122
Assistant United States Attorney

_____
KATHLEEN KONOPKA
DC Bar #495257
Assistant United States Attorney
202/616-5309

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Reply to Plaintiff's Opposition to Defendant's Motion Dismiss or Transfer has been made by mailing a copy thereof to:

KENNETH B. WEDGE
3700 North Capitol Street, NW
Building 65, Room G4
Washington, DC 20011

on this ____ day of May, 2006.

_____
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.; Room E4412
Washington, D.C. 20001
(202) 616-5309