UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH B. WEDGE,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN E. POTTER, Postmaster General,**<br><br>Defendant. | **Civil Action No. 06-0422 (EGS)** |

## ORDER

In accordance with the Memorandum Opinion issued this 1st day of November, 2006, it is

**ORDERED** that the Defendant's motions to dismiss or transfer [7] is **GRANTED.**

It is

**FURTHER ORDERED** that the case is **TRANSFERRED** to the District of Maryland.

_____/s/_____
EMMET G. SULLIVAN
United States District Judge